# Order

Michigan Supreme Court
Lansing, Michigan

February 12, 2021

161854

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MUNJEL SHARROD AYERS,
      Defendant-Appellant.

SC: 161854
COA: 345989
Genesee CC: 17-041035-FH

_____/

On order of the Court, the application for leave to appeal the June 18, 2020 judgment of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2021



Clerk

s0209b